THOMAS COLLINSON, SR., Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Collinson* v. *City of New York,* 44 App. Div. 629, affirmed.
(Argued January 15, 1901; decided January 29, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 7, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*John Whalen, Corporation Counsel ( William J. Carr* of counsel), for appellant.

*James F. Quigley* and *John R. Farrar* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, HAIGHT, MARTIN and VANN, JJ. Dissenting: PARKER, Ch. J., and LANDON, J. Not sitting: CULLEN, J.